IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**United States of America,**

    Plaintiff,

    v.

**Pedro Juarez,**

    Defendant.

**Case No.:** CR 23–396 CRB

[~~Proposed~~] **Order For Pretrial Deadlines**

The Court orders the following deadlines for pretrial filings and notifications.

| Deadline | Date |
| --- | --- |
| Expert Notification | June 26 |
| Jury Questionnaire | June 26 |
| Joint Pretrial Conference Statement | July 3 |
| Stipulations of Fact | July 3 |
| Exhibit Lists | July 3 |
| Witness Lists | July 3 |
| Motions *in Limine* | July 10 |
| Submission of Trial Exhibits to Court | July 10 |
| Oppositions to Motions *in Limine* | July 17 |
| Exchange Physical Exhibits or Demonstratives for Opening | July 17 |
| Proposed Additional Voir Dire Questions | July 17 |
| Proposed Jury Instructions | July 17 |
| Proposed Verdict Form | July 17 |
| Pretrial Conference | July 24, 2024, at 2:00pm |
| Trial/Jury Selection | July 29, 2024 at 9:15 a.m. |

1
2       IT IS SO ORDERED.
3
4    Dated:      June 6, 2024                              _____
5                                                          CHARLES R. BREYER
                                                           United States District Judge
6
7
8
...
28